IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTOINETTE CAMPBELL,** : | |
| Petitioner : | |
| : | No. 1:22-cv-02076 |
| v. : | |
| : | (Judge Kane) |
| **MONROE COUNTY PENNSYLVANIA,** : | |
| Respondent : | |

## ORDER

**AND NOW**, on this 30th day of March 2023, upon consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The motion for leave to proceed in forma pauperis (Doc. No. 4) is **GRANTED**;

2. The petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. The Clerk of Court is directed to **CLOSE** this case; and

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania